Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 20−10052−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Anthony C Curto Jr.                                      Veronica Curto
    dba TMT TRUCKING, dba TOTAL         20 Oakdale Ave
    MEAT TRANSPORT & TRUCKING LLC    Andover, NJ 07821
    20 Oakdale Ave
    Andover, NJ 07821

Social Security No.:
    xxx−xx−8701                                             xxx−xx−7851

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on February 21, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 21, 2020
JAN: jf

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 20-10052-VFP
Anthony C Curto, Jr.                                                Chapter 13
Veronica Curto
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin             Page 1 of 2         Date Rcvd: Feb 21, 2020
                             Form ID: 148            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
```
db/jdb         +Anthony C Curto, Jr.,   Veronica Curto,   20 Oakdale Ave,   Andover, NJ 07821-2939
cr             +BMO Harris Bank N.A.,   111 W. Monroe Street,   Chicago, IL 60603-4095
518663603      +American Express National Bank, AENB,   c/o Zwicker and Associates, P.C.,
                Attorneys/Agents for Creditor,   P.O. 9043,   Andover, MA 01810-0943
518646390      +Amerihome Mtg Co, Llc,   21300 Victory Blvd,   Woodland Hills, CA 91367-2525
518673156      +BMO Harris Bank, NA,   PO Box 3040,   Cedar Rapids, IA 52406-3040
518646392      +Bank Capital Services LLC,   dba F.N.B. Equipment,   1853 Highway 315,
                Pittston, PA 18640-6101
518646393       Bank Of The West,   Consumer Product Servicing,   Omaha, NE 68154
518646395      +Bloom/dsnb,   Po Box 8218,   Mason, OH 45040-8218
518646397      +Cap1/saks,   3455 Hwy 80 West,   Jackson, MS 39209-7202
518646399      +Cllcn Bureau Of The Hu,   155 North Plank Rd,   Newburgh, NY 12550-1747
518646406      +IPFS Corporation,   c/o Norris McLaughlin, P.A.,   400 Crossing Blvd 8th Floor,
                Bridgewater, NJ 08807-2863
518678233      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
518681700      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
518646408     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,
                Compliance and Enforcement - Bankruptcy,   50 Barrack Street, 9th Floor,   P.O. Box 245,
                Trenton, NJ 08695-0267)
518646414      +Universal Card Cbna,   Po Box 6241,   Sioux Falls, SD 57117-6241
518646415      +Us Dept Of Ed/glelsi,   2401 International Lane,   Madison, WI 53704-3121
518646416      +Valley National Bank,   1460 Valley Road,   Wayne, NJ 07470-8494
518646417      +Valley National Bank,   PO Box 953,   Wayne, NJ 07474-0953
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 01:36:59     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 01:36:54     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@fult.com Feb 22 2020 01:38:02     Fulton Bank, N.A.,   One Penn Square,
                Lancaster, PA 17602-2853
cr             +EDI: RMSC.COM Feb 22 2020 05:53:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                POB 41021,   Norfolk, VA 23541-1021
518696162       EDI: BECKLEE.COM Feb 22 2020 05:53:00      American Express National Bank,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
518646391      +EDI: AMEREXPR.COM Feb 22 2020 05:53:00      Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
518678486      +E-mail/Text: bknotices@bankofthewest.com Feb 22 2020 01:37:11     BANK OF THE WEST,
                2527 CAMINO RAMON,   SAN RAMON CA 94583-4213
518646394      +EDI: TSYS2.COM Feb 22 2020 05:53:00      Barclays Bank Delaware,   P.o. Box 8803,
                Wilmington, DE 19899-8803
518646396      +EDI: CAPITALONE.COM Feb 22 2020 05:53:00      Cap1/neimn,   Po Box 30253,
                Salt Lake City, UT 84130-0253
518659029      +EDI: AIS.COM Feb 22 2020 05:53:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518646398      +EDI: CAPITALONE.COM Feb 22 2020 05:53:00      Capital One Bank Usa N,   Po Box 30281,
                Salt Lake City, UT 84130-0281
518646400      +EDI: WFNNB.COM Feb 22 2020 05:53:00      Comenity Bank/anntylr,   Po Box 182789,
                Columbus, OH 43218-2789
518646401      +EDI: WFNNB.COM Feb 22 2020 05:53:00      Comenitybank/jcrew,   Po Box 182789,
                Columbus, OH 43218-2789
518646403      +E-mail/Text: bankruptcies@foxcollection.com Feb 22 2020 01:36:53     Fox Collection Center,
                Pob 528,   Goodlettsville, TN 37070-0528
518646404      +E-mail/Text: bankruptcy@fult.com Feb 22 2020 01:38:02     Fulton Bank,   Po Box 4887,
                Lancaster, PA 17604-4887
518719290      +E-mail/Text: ipfscollectionsreferrals@ipfs.com Feb 22 2020 01:37:35     IPFS Corporation,
                30 Montgomery Street,   Suite 501,   Jersey City, NJ 07302-3821
518646405       EDI: IRS.COM Feb 22 2020 05:53:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
518646407      +EDI: CHASE.COM Feb 22 2020 05:53:00      Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850-5369
518646409      +E-mail/Text: bnc@nordstrom.com Feb 22 2020 01:36:17     Nordstrom/td Bank Usa,
                13531 E. Caley Ave,   Englewood, CO 80111-6504
518646410      +EDI: RMSC.COM Feb 22 2020 05:53:00      Syncb/banarepdc,   Po Box 965005,
                Orlando, FL 32896-5005
518646411      +EDI: RMSC.COM Feb 22 2020 05:53:00      Syncb/care Credit,   C/o Po Box 965036,
                Orlando, FL 32896-0001
518646412      +EDI: RMSC.COM Feb 22 2020 05:53:00      Syncb/gapdc,   Po Box 965005,   Orlando, FL 32896-5005
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Feb 21, 2020
                              Form ID: 148             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518646413      +EDI: RMSC.COM Feb 22 2020 05:53:00      Syncb/pc Richard,    C/o Po Box 965036,
                Orlando, FL 32896-0001
518646797      +EDI: RMSC.COM Feb 22 2020 05:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 24

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518646402         First National Bank
518699414*        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                   Malvern PA 19355-0701
518679761*       +Bank of the West,   2527 Camino Ramon,   San Ramon, CA 94583-4213
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          James Kevin Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,
           sshalloo@wongfleming.com,spiotrowski@wongfleming.com
          Janet Gold    on behalf of Creditor    Fulton Bank, N.A. jgold@egclawfirm.com,
           ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
          Karina Pia Lucid    on behalf of Joint Debtor Veronica  Curto klucid@karinalucidlaw.com,
           R43327@notify.bestcase.com;admin@karinalucidlaw.com
          Karina Pia Lucid    on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com,
           R43327@notify.bestcase.com;admin@karinalucidlaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```