Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−10052−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony C Curto Jr.
dba TMT TRUCKING, dba TOTAL
MEAT TRANSPORT & TRUCKING LLC
20 Oakdale Ave
Andover, NJ 07821

Veronica Curto
20 Oakdale Ave
Andover, NJ 07821

Social Security No.:
xxx−xx−8701                                                  xxx−xx−7851

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on February 24, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 16
Order Vacating Order Dismissing Case for both Debtors due to Administrative Error (related document:16 Order Dismissing Case for Both Debtors (related document:5 Show Cause). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/21/2020. (jf)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/24/2020. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 24, 2020
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Curto, Jr.  
Veronica Curto  
    Debtors

Case No. 20-10052-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 24, 2020  
                        Form ID: orderntc    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.  
db/jdb      +Anthony C Curto, Jr.,   Veronica Curto,   20 Oakdale Ave,   Andover, NJ 07821-2939  
cr         +BMO Harris Bank N.A.,   111 W. Monroe Street,   Chicago, IL 60603-4095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: bankruptcy@fult.com Feb 25 2020 00:27:07     Fulton Bank, N.A.,   One Penn Square,    Lancaster, PA 17602-2853  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:30   Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021  
                                                                                                                      TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:  
           Denise E. Carlon   on behalf of Creditor   AmeriHome Mortgage Company, LLC   dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           James Kevin Haney   on behalf of Creditor   BMO Harris Bank N.A. jhaney@wongfleming.com, sshalloo@wongfleming.com,spiotrowski@wongfleming.com  
           Janet Gold   on behalf of Creditor   Fulton Bank, N.A. jgold@egclawfirm.com, ksantiago@egalawfirm.com,jwingfield@egalawfirm.com  
           Karina Pia Lucid   on behalf of Joint Debtor Veronica   Curto klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
           Karina Pia Lucid   on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
           Marie-Ann Greenberg   magecf@magtrustee.com  
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                TOTAL: 7