**Order Filed on February 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 20-10052 |
|---|---|---|
| Anthony C Curto, Jr. & Veronica Curto | Chapter: | 13 |
| | Hearing Date: | |
| Debtors. | Judge: | Vincent F. Papalia |

## ORDER VACATING

## Order Dismissing Case for both Debtors due to Administrative Error

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court on its own motion finds that the:

 <u>Order Dismissing Case for both Debtors due to Administrative Error</u>
and must be vacated as the Order names the wrong Debtors and case number; and for good cause shown, it is

ORDERED that the above mentioned Order , dated  <u>February 21, 2020</u>         , be and the same is hereby vacated.  The Court will enter an order containing the debtors' correct name and case number.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-10052-VFP
Anthony C Curto, Jr.                                                    Chapter 13
Veronica Curto
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Feb 24, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db/jdb         +Anthony C Curto, Jr.,   Veronica Curto,   20 Oakdale Ave,   Andover, NJ 07821-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James Kevin Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,
               sshalloo@wongfleming.com,spiotrowski@wongfleming.com
              Janet Gold    on behalf of Creditor    Fulton Bank, N.A. jgold@egclawfirm.com,
               ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Karina Pia Lucid    on behalf of Joint Debtor Veronica  Curto klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7