Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                  Case No.:  20−10052−VFP
                                                  Chapter:  13
                                                  Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony C Curto Jr.<br>dba TMT TRUCKING, dba TOTAL<br>MEAT TRANSPORT & TRUCKING LLC<br>20 Oakdale Ave<br>Andover, NJ 07821 | Veronica Curto<br>20 Oakdale Ave<br>Andover, NJ 07821 |

Social Security No.:
  xxx−xx−8701                                            xxx−xx−7851

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 27, 2020</u>                  <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court